UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL STOKES,<br><br>        Plaintiff,<br><br>    v.<br><br>TRAVER D. RAINS,<br><br>        Defendant. | Case No. 23-cv-02410-RFL<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 31 |

On December 6, 2023, the Court issued an order denying without prejudice Michael Stokes's motion for alternate service and directing him to file either proof of service on Traver D. Rains or a renewed motion for alternative service within 45 days from the date of the order. To date, no such filing has been made. Accordingly, Stokes is ordered to show cause, in writing, by **February 8, 2024**, why his complaint should not be dismissed for failure to prosecute. Alternatively, Stokes may file either proof of service on Rains or a renewed motion for alternative service by that date. Failure to timely respond to this order will result in the dismissal of this case. *See* Fed. R. Civ. P. 41(b).

    **IT IS SO ORDERED.**

Dated: January 25, 2024

 

RITA F. LIN
United States District Judge

1