UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL STOKES,<br><br>            Plaintiff,<br><br>      v.<br><br>EMPEROR NORTON'S SHACK, LLC, et al.,<br><br>            Defendants. | Case No.  23-cv-02410-RFL<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. Nos. 39, 41 |

On April 3, 2024, the Court issued an order granting Michael Stokes's motion for alternate service. Stokes was directed to serve Traver D. Rains via Rains's Instagram account and by publication in the Los Angeles Times and the Fairfield Sun Times. After Stokes failed to file proof of service by publication by the ordered deadline (*see* Dkt. No. 39 at 4), the Clerk of the Court issued a notice directing Stokes to do so by June 24, 2024. To date, no such filing has been made. Accordingly, Stokes is ordered to show cause, in writing, by **July 9, 2024**, why his complaint should not be dismissed for failure to prosecute and failure to serve. *See* Fed. R. Civ. P. 4(m) & 41(b). Alternatively, Stokes may file proof of service by publication as ordered by the Court by that same date. Failure to timely respond to this order will result in the dismissal of this case.

**IT IS SO ORDERED.**

Dated: June 25, 2024

RITA F. LIN
United States District Judge

1